IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MARK CORZINE                                                                                             PLAINTIFF

      v.                              Civil No. 10-3033

CARROLL COUNTY CIRCUIT JUDGE
ALAN D. EPLEY; SHERIFF and JOHN OR
JANE DOES 1-10, Carroll County Sheriff's
Department; and JOHN OR JANE DOES 1-5,
Office of the Carroll County Prosecutor                                                         DEFENDANTS

## ORDER

    Circuit Judge Alan D. Epley is immune from suit and is not a proper defendant in this case.  For this reason, the **clerk is directed to substitute the State of Arkansas as a defendant in place of Judge Epley**.  The Sheriff of Carroll County is Robert Grudek.  **The clerk is directed to substitute Sheriff Grudek in place of the Sheriff of Carroll County and the Carroll County Sheriff's Department.**  The Prosecuting Attorney for Carroll County is Robert T. Rogers, II.  **The clerk is directed to substitute Mr. Rogers in place of the Office of the Carroll County Prosecutor.**

    The court, having heretofore entered an order allowing the plaintiff to proceed *in forma pauperis* and directing the clerk to file the complaint, hereby directs the United States Marshal to serve the State of Arkansas by serving Governor Mike Beebe, State Capitol Room 250, Little Rock, AR  72201.  Governor Beebe may be served by certified mail return receipt requested. Sheriff Grudek may be served at the Carroll County Sheriff's Office, 210 West Church Street,

Berryville, AR 72616. Prosecuting Attorney Rogers may be served at the Prosecuting Attorney's Office, 202 N. Springfield Street, Berryville, AR 72616.

Defendants are to be served without prepayment of fees and costs or security therefor. The defendants are ordered to answer within twenty-one (21) days from the date of service.

IT IS SO ORDERED this 26th day of May 2010.


/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE