```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

**MARK CORZINE**                                              **PLAINTIFF**

        v.          Civil No. 10-3033

**SHERIFF ROBERT GRUDEK and JOHN
OR JANE DOES 1-10; STATE OF ARKANSAS;
and PROSECUTING ATTORNEY ROBERT
THOMAS ROGERS, II**                                           **DEFENDANTS**

## O R D E R

Now on this 25th day of February, 2011, come on for consideration the following:

    \*   **Carroll County Defendant Sheriff Robert Grudek's Motion To Dismiss** (document #9);

    \*   **Motion To Dismiss By State Of Arkansas And Prosecuting Attorney Robert T. Rogers, II** (document #12); and

    \*   **Report And Recommendation** of the Magistrate Judge (document #14).

Plaintiff has made no response to the pending motions, and no objections to the Report And Recommendation, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and adopts it in toto.

**IT IS THEREFORE ORDERED** that **Carroll County Defendant Sheriff Robert Grudek's Motion To Dismiss** (document #9) is **granted,** and plaintiff's claims against Carroll County Sheriff Robert Grudek are **dismissed.**

**IT IS FURTHER ORDERED** that the **Motion To Dismiss By State Of Arkansas And Prosecuting Attorney Robert T. Rogers, II** (document #12) is **granted,** and plaintiff's claims against these defendants are **dismissed.**

**IT IS FURTHER ORDERED** that, there having been no showing of the identity or conduct of the John or Jane Doe defendants, and the claims against all named defendants having been dismissed, plaintiff's claims against the John and Jane Doe defendants are likewise **dismissed.**

**IT IS SO ORDERED.**

                                                 **/s/ Jimm Larry Hendren**
                                                 **JIMM LARRY HENDREN**
                                                 **UNITED STATES DISTRICT JUDGE**